UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT J KILDUFF,<br><br>Defendant. | Case No. 18-cv-07659-CRB (RMI)<br><br>**ORDER TO SHOW CAUSE** |

On April 12, 2019, the undersigned set this matter for a Scheduling Conference to take place on April 30, 2019 at 1:00 p.m. by telephone (dkt. 24), pursuant to the District Judge's referral for settlement proceedings (dkt. 23). Defendant, who is an attorney acting *pro se*, failed to appear. Accordingly, this matter is set for a hearing on May 7, 2019, at 1:00 p.m., at which Defendant shall SHOW CAUSE as to why he should not be sanctioned for failing to appear. Parties may appear by telephone by dialing 888-684-8852 / Access Code 1868782.

**IT IS SO ORDERED.**

Dated: May 1, 2019

ROBERT M. ILLMAN
United States Magistrate Judge