1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
4
   THOMAS MOORE (ALBN 4305O78T)
5  Assistant United States Attorney

6      450 Golden Gate Ave., Box 36055
       San Francisco, CA 94102-3945
7      Telephone: (415) 436-7017
       Facsimile: (415) 436-7009
8
9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 03:18-cv-07659-CRB |
| Plaintiff, | JOINT STATUS CONFERENCE STATEMENT AND [proposed] STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| VINCENT J. KILDUFF, | |
| Defendant. | |

Since the August 12, 2019, settlement conference, United States District Judge Charles R. Breyer ordered the parties to submit a joint status conference statement on or before November 6, 2019, and to hold a telephonic status conference on November 13, 2019 at 10:00 a.m. before United States Magistrate Judge Robert M. Illman.

The court also extended until November 1, 2019, the time for the United States to respond to Kilduff's first and second discovery sets. On October 31, 2019, the United States served Mr. Kilduff with its discovery responses producing an additional 579 pages of IRS records.

Because the discovery responses include IRS records going back to 1993, Mr. Kilduff requires additional time to review the responses to determine what if any additional discovery he may seek and

before he is prepared to schedule another settlement conference.

Accordingly, it is stipulated by and between the United States of America and Vincent J. Kilduff, that the November 13, 2019, telephonic status conference before Magistrate Judge Robert M. Illman be continued to January 29, 2020, at 10:00 a.m. The joint status conference statement shall be filed on or before on January 21, 2020.

DAVID L. ANDERSON
United States Attorney

/s/"VINCENT J. KILDUFF"  　　　/s/ THOMAS MOORE
VINCENT J. KILDUFF　　　　　　THOMAS MOORE
Defendant　　　　　　　　　　　Assistant United States Attorney

Attorneys for the United States of America

PURSUANT TO STIPULATION IT IS ORDERED

Dated: November 5, 2019　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge